[No. 9905–1–I.   Division One.   February 1, 1982.]

W. RONALD HOWARD, *as Personal Representative,* ET AL, *Appellants,* v. SAN JUAN POOL CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–03186–1, Jack P. Scholfield, J., entered August 7, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Williams, J.

[No. 9445–9–I.   Division One.   February 1, 1982.]

*In the Matter of the Personal Restraint of* MICHAEL A. MONTOYA, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Ringold, J., concurred in by James and Corbett, JJ.

[No. 10352–1–I.   Division One.   February 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD CLIFFORD DENNIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80216, Richard M. Ishikawa, J., entered September 16, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Callow, J.

[No. 9655–9–I.   Division One.   February 1, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. AHMED M. JADDI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04316–8, T. Patrick Corbett, J., entered December 5, 1980. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Swanson, J.